DAVID MURPHY, Respondent, *v.* THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Murphy* v. *U. S. Fidelity & Guaranty Co.*, 100 App. Div. 93, affirmed.
(Argued February 2, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Thomas Hogan* for appellant.

*William F. Hodge* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.